393 A.2d 1298

Texaco, Inc., Appellant, et al. v. Bambarger et ux. et al.

Argued April 17, 1978. William H. Dickey, Jr., for appellant; Frederick J. Francis, for appellees.

Decree affirmed.